*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: June 25, 2015                    520023
_____

In the Matter of PAUL KAIRIS,
                              Appellant,

        v
                                                MEMORANDUM AND ORDER

JOSEPH T. SMITH, as
    Superintendent of
    Shawangunk Correctional
    Facility,
                              Respondent.
_____

Calendar Date: May 5, 2015

Before: Garry, J.P., Egan Jr., Lynch and Clark, JJ.

_____

        Paul Kairis, Wallkill, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Kathleen M.
Arnold of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (Nichols, J.),
entered August 26, 2014 in Columbia County, which, in a
proceeding pursuant to CPLR article 78, granted respondent's
motion to dismiss the petition.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a determination of respondent finding him guilty of
violating certain prison disciplinary rules. Supreme Court
granted respondent's pre-answer motion to dismiss the petition on
the ground that petitioner failed to timely serve respondent in
accordance with the order to show cause. Petitioner now appeals.

        We reverse. The record reveals, and respondent now
concedes, that petitioner had served his papers in accordance

with the order to show cause.  Inasmuch as respondent has not had an opportunity to submit an answer, we deem it appropriate to remit the matter to Supreme Court for further proceedings (see Matter of Hammond v LaValley, 117 AD3d 1266 [2014]; Matter of Haughey v Artus, 96 AD3d 1242, 1242-1243 [2012]).

Garry, J.P., Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the judgment is reversed, on the law, without costs, motion denied, and matter remitted to the Supreme Court to permit respondent to serve an answer within 20 days of the date of this Court's decision.

ENTER:

Robert D. Mayberger
Clerk of the Court